UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATHEW J. HORNE, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Cause No. 4:11CV935RWS |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) ) ) ) |
|     Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on a Report and Recommendation to dismiss Plaintiff's Complaint that seeks review of an adverse decision by Defendant. Neither of the parties has filed an objection to this recommendation.

This matter was referred to United States Magistrate Judge Lewis M. Blanton for a Report and Recommendation pursuant to 28 U.S.C. § 636(b). Judge Blanton issued a Report and Recommendation on June 7, 2012 that recommended that the Commissioner's decision denying plaintiff's applications for Disability Insurance Benefits under Title II of the Social Security Act, and Supplemental Security Income under Title XVI be affirmed. .

Any objections to Judge Blanton's Report and Recommendation had to be filed by June 21, 2012. Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Blanton is **SUSTAINED, ADOPTED AND INCORPORATED** herein. The

Commissioner of Social Security's decision to deny disability benefits to Plaintiff is affirmed

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of June, 2012.